JS-6

1 David M. Marco
2 SmithMarco, P.C.
205 North Michigan Avenue, Suite 2940
3 Chicago, IL 60601
Telephone: (312) 546-6539
4 Facsimile: 888-418-1277
5 dmarco@smithmarco.com
Counsel for Plaintiff
6 Admitted Pro Hac Vice
7
8 Nilab N. Rahyar
Jones Day
9 3161 Michelson Drive, Suite 800
10 Irvine, CA 92612-4408
Telephone: (949) 851-3939
11 Facsimile: (949) 553-7539
12 nnrahyar@jonesday.com
Counsel for Defendant
13

14 | JOHN BILOTTI, JR., | CASE: **8:12-cv-01664-JGB-AN**
15 |
| Plaintiff, |
16 | | **ORDER**
17 | vs. |
18 | |
19 | EXPERIAN INFORMATION |
20 | SOLUTIONS, INC., |
21 | Defendant. |
22

23     This matter having come before the Court on the Parties' Stipulation to

24 Dismiss with Prejudice, due notice having been given and the Court having been

25
26 fully advised,

27
        IT IS HEREBY ORDERED:
28

1 | This case is dismissed with prejudice and without costs to any party.

Dated this 14 day of February, 2014.

_____
The Honorable Jesus G. Bernal